UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cv-60106-CMA

**JULIANA C. DONAYRE**, individually and on behalf of all others similarly situated,

*Plaintiff*,

v.

**INKAHOLIK TATTOOS, INC.,**
a Florida Corporation,

*Defendant.*

## NOTICE OF SETTLEMENT

Plaintiff, JULIANA C. DONAYRE, by and through undersigned counsel, hereby gives notice that the Parties have reached a settlement with respect to Plaintiff's claims. Plaintiff and Defendant, INKAHOLIK TATTOOS, INC. are in the process of finalizing their settlement agreement. Plaintiff estimates the parties will file a joint stipulation for dismissal with prejudice within thirty (30) days.

Dated: May 16, 2018

Respectfully submitted,

*/s/ Scott D. Owens*
Scott D. Owens, Esq.
Sean M. Holas, Esq.
SCOTT D. OWENS, P.A.
3800 S. Ocean Drive, Ste. 235
Hollywood, FL 33019
Telephone: 954-589-0588
Facsimile: 954-337-0666
scott@scottdowens.com
sean@scottdowens.com

1

Karl Christian Gonzalez
Karl C. Gonzalez, PLLC
17113 Miramar Parkway, Suite #152
Miramar, FL 33027
karl@karlgonzalez.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 16, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date in some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Scott D. Owens*
    Scott D. Owens, Esq.

2