UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  18-60106-CIV-ALTONAGA/Seltzer

**JULIANA C. DONAYRE**,

    Plaintiff,

v.

**INKAHOLIK TATTOOS, INC.**,

    Defendant.

_____/

**ORDER**

**THIS CAUSE** came before the Court upon the parties' Joint Stipulation of Dismissal [ECF No. 24].  The parties request the Court retain jurisdiction for the purpose of enforcing their settlement agreement, but they do not provide a copy of their settlement agreement.  The Court will not retain jurisdiction over a settlement agreement it has not seen or approved.  Accordingly, it is

**ORDERED AND ADJUDGED** that the case is **DISMISSED**.  The parties may re-file their stipulation by **June 6, 2018,** either including with it a copy of their settlement agreement, or removing their request the Court retain jurisdiction.

**DONE AND ORDERED** in Miami, Florida, this 29th day of May, 2018.

_____

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record