UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JULIANA C. DONAYRE, individually,         )
and on behalf of others similarly situated, )
                                            )
       Plaintiff,                           )   Case No: 0:18-cv-60106-CMA
                                            )
v.                                          )
                                            )
INKAHOLIK TATTOOS, INC.,                    )
a Florida corporation,                      )
                                            )
       Defendant.                           )

**PLAINTIFF'S SEALED MOTION TO FILE [SECOND] JOINT STIPULATION OF DISMISSAL AND SETTLEMENT AGREEMENT UNDER SEAL**

Pursuant to Local Rule 5.4(b), and Section 9 of the CM/ECF Administrative Procedures, Plaintiff Juliana C. Donayre, by and through undersigned counsel, hereby respectfully requests the Court enter an Order granting leave to file under seal a [Second] Joint Stipulation of Dismissal and accompanying Exhibit A, the Settlement Agreement, under seal.

In support, Plaintiff states as follows:

1.    On May 29, 2018 the Parties filed their Joint Stipulation of Dismissal with this Court, and requested that the Court retain jurisdiction to enforce the terms of the Settlement Agreement pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012). [ECF No. 24]. Later that day, the Court entered an order dismissing the case and requested that the Parties refile their Settlement Agreement with the Court because the Court "will not retain jurisdiction over a settlement agreement it has not seen or approved." [ECF No. 25].

2.    Not only are terms of the Parties' Stipulation of Settlement designated "confidential", but the Settlement Agreement Plaintiff seeks leave to file under seal contains information regarding Defendant's decision to settle the instant lawsuit, which could result in

future exposure for Defendant. Consequently, Defendant has expressed concerns regarding any reference to filing the Settlement Agreement in the public record.

3. Mindful of Defendant's confidentiality concerns, Plaintiff respectfully files this instant motion under seal.

4. Plaintiff requests that the Stipulation of Settlement and attached Settlement Agreement (Exhibit A) thereto be kept under seal until thirty (30) days after the conclusion of this action and all appeals at which time all copies shall be destroyed.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order granting his Motion to file an unredacted version of his Stipulation of Settlement and Settlement Agreement Under Seal.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Counsel for Plaintiff conferred with Counsel for Defendant regarding the relief requested herein. Counsel for Defendant indicated that Defendant does not oppose the filing under seal of confidential documents.

Respectfully submitted,

*/s/ Scott D. Owens*
Scott D. Owens, Esq.
Florida Bar No. 0597651
3800 S. Ocean Dr, Ste. 235
Hollywood, FL 33019
Tel: 954-589-0588
Fax: 954-337-0666
scott@scottdowens.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date in some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

                By: */s/ Scott D. Owens*
                    Scott D. Owens, Esq.