## UNITED STATES DISTRICT COURT
## SOUTHERN DISTICT OF FLORIDA

| | |
|---|---|
| JULIANA C. DONAYRE, individually, and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>INKAHOLIK TATTOOS, INC., a Florida corporation,<br><br>    Defendant. | **Case No: 0:18-cv-60106-CMA** |

### [PROPOSED] ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL

THIS MATTER is before the Court upon Plaintiff's Motion to File [Second] Joint Stipulation of Dismissal and Settlement Agreement under seal [ECF No. 26], filed on May 30, 2018.

The Court, having reviewed the Motion and being advised fully in the premises, hereby

**ORDERS AND ADJUDGES** as follows:

1) Plaintiff's Motion for Leave To File [Second] Joint Stipulation of Dismissal and Settlement Agreement Under Seal is **Granted**.

2) Plaintiff shall file the [Second] Joint Stipulation of Dismissal and Settlement Agreement Under Seal under seal.

DONE AND ORDERED in Chambers at Miami, Florida, this __ day of May, 2018.

                                                                  CECILIA M. ALTONAGA
                                                                  United States District Judge